UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY D. MATTIS, BW4311,<br>　　　　Plaintiff,<br>　　v.<br>JUSTIN GIBBS, Glenn County Sheriff, et al.,<br>　　　　Defendant(s). | Case No. 24-cv-09357-SK  (PR)<br><br>**ORDER OF TRANSFER** |

　　Plaintiff, a prisoner at Pelican Bay State Prison (PBSP), has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Glenn, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

　　Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

　　The clerk is instructed to transfer this matter forthwith.

　　**IT IS SO ORDERED**.

Dated: January 13, 2025

_____
SALLIE KIM
United States Magistrate Judge